UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LIONEL W. GRANT,<br><br>           Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; et al.,<br><br>           Defendants. | 2:08-CV-1499-LRH-LRL<br><br>ORDER |

Before the court is defendants' motion to dismiss or for a more definitive statement. Doc. #7[1].

Plaintiff Lionel W. Grant ("Grant") is an employee with Clark County School District ("CCSD"). Throughout 2006, and 2007, Grant was employed at Cheyenne High School ("CHS"). During his employment at CHS Grant alleges he was subjected to racial discrimination and adverse employment action. On February 18, 2009, Grant filed a § 1983 civil rights complaint. Doc. #5. The complaint is wholly insufficient in that Grant has failed to identify any claim for relief or cause of action. Rather, Grant incorporated various documents and letters by reference without identifying any constitutional claims or providing any sufficient factual allegations to put

---

[1] Refers to the court's docket number.

defendants on notice of the relief sought.[2]

On March 30, 2009, defendants filed the present motion. Doc. #7. On May 6, 2009, the court issued a minute order directing Grant to show cause why defendants' motion should not be granted. Doc. #11.

Rather than file a response to defendants' motion, Grant filed a letter with the court outlining his employment history with CCSD. Doc. #12. Grant's letter is an insufficient response to the court's order to show cause and to defendants' motion. The letter still fails to identify any claims for relief and does not address the legal issues involved in this matter. Accordingly, defendants' request for a more definitive statement shall be granted.

IT IS THEREFORE ORDERED that defendants' motion to dismiss or for a more definitive statement (Doc. #7) is GRANTED. Plaintiff shall have up to, and including, November 20, 2009, to file an amended complaint.

IT IS FURTHER ORDERED that, pursuant to Local Rule LR 15-1, any amended complaint must be complete in itself without reference to any previously filed pleadings or other papers. Failure to file a curative amended complaint and/or otherwise fails to fully and timely comply with this order will result in dismissal.

IT IS SO ORDERED.

DATED this 16th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[2] The entirety of Grant's complaint comprises four allegations: (1) in November 2006, Grant overheard Dr. Giehs make a racist remark; (2) in January 2007, Grant filed a discrimination complaint with CCSD against Dr. Giehs; (3) in April 2007, Dr. Geihs made a racist statement and defamatory statement about Grant's religion; and (4) in May 2007, Grant was suspended without pay. The remainder of Grant's complaint states "see letter" or "see attached documents."